

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nancy Hart and all other occupants, Appellant

No. 06-14-00103-CV     v.

Wells Fargo Bank, N.A., Appellee

Appeal from the County Court at Law of Rockwall County, Texas (Tr. Ct. No. C114-089). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED APRIL 8, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk